# Court of Appeals
# of the State of Georgia

ATLANTA,  May 03, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0294. GIOVONNTE MADDOX v. THE STATE.**

In 2011, Giovonnte Maddox pleaded guilty to armed robbery, kidnaping, and two counts of aggravated assault. In 2019, the trial court denied Maddox's motion for an out-of-time appeal. In 2020, Maddox filed both a notice of appeal and an application for discretionary appeal from the trial court's order, but both of his attempts to appeal were dismissed as untimely. See Case Nos. A20D0049 (dismissed, Sept. 13, 2019); A20A0464 (dismissed, Oct. 9, 2019). In January and August 2020, Maddox filed subsequent motions for an out-of-time appeal, which the trial court denied on April 1, 2021. Maddox filed both a timely application for discretionary appeal and notice of appeal from the trial court's order.

Because Maddox has not yet had a direct appeal, he is entitled to appeal from the court's order. See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002). However, his out-of-time appeal is already pending before this Court in Case No.

A21A1367. Accordingly, this application is superfluous, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __05/03/2021_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*